■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICKEY CUMBERBATCH, Appellant.—Judgment of the Supreme Court, Kings County (Goldstein, J.), rendered November 22, 1983, affirmed (see, People v Prochilo, 41 NY2d 759; People v Gines, 36 NY2d 932; People v Carswell, 105 AD2d 844; People v Castro, 65 NY2d 683). Mollen, P. J., Lazer, Mangano and Thompson, JJ., concur.